and Proskauer, JJ.; Martin, J., dissents on the ground that the verdict, although reduced, is excessive. Settle order on notice.

HYMAN BRESSNER, Respondent, v. JOSEPH CASTALDO, Appellant.*— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents on the ground that the verdict is excessive.

SUBODH KUMAR DAY, as Liquidator of the BRITISH-AMERICAN CORPORATION OF INDIA, LTD., in Voluntary Liquidation, and the BRITISH-AMERICAN CORPORATION OF INDIA, LTD., Appellants, v. ANGLO-SOUTH AMERICAN BANK, LTD., Respondent, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ETHEL E. TAUSCH, Respondent, v. MADISON AVENUE PRESBYTERIAN CHURCH, a Religious Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MORRIS ISER, Doing Business, etc., Respondent, v. BASSER'S TEXTILE CLEARING HOUSE, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of R. HOWARD BEARDEN, Respondent, v. NIBUR REALTY CO., INC., Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARIA GRATTA, as Administratrix, etc., of OLIVER GRATTA, Deceased, Respondent, v. CHARLES E. CHALMERS, as Receiver of the SECOND AVENUE RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ANTONIO FORTUNATO MAZZETTI and Another, as Executors and Trustees, etc., of SOPHIA A. MAZZETTI, Deceased, and Others, Appellants, v. ISAAC PORTMAN and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ..

RUTH KUMKE, Appellant, v. ALBERT KUMKE, Respondent.— Judgment affirmed. No opinion. Present.— Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ALEXANDER WALKER and Another, Respondents, v. LEIGH K. LYDECKER, as Testamentary Trustee, and ELIZABETH WALKER, Individually and as Testamentary Trustee, etc., of ISAAC WALKER, Deceased, and Another, Appellants. RICHARD H. WALKER and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of WILLIAM F. CLARE, as Sole Surviving Trustee for ANNIE BRENNAN, under the Last Will and Testament of WILLIAM BRENNAN, Deceased, etc. In the Matter of the Judicial Settlement of the Account of WILLIAM F. CLARE, as Sole Surviving Trustee for MARGARET BRENNAN, under the Last Will and Testament of WILLIAM BRENNAN, Deceased, etc. In the Matter of the Judicial Settlement of the Account of WILLIAM F. CLARE, as Sole Surviving Trustee for ROSINA COFFMAN, under the Last Will and Testament of WILLIAM BRENNAN, Deceased, etc.— Decree affirmed, with costs to the respondent payable out of the fund. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE CITY OF NEW YORK, Appellant, v. DYCKMAN MARKET TERMINAL COR-

* Affd., 249 N. Y. 566.